COURT of CRIMINAL APPEALS of TEXAS
P.O BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: DOCKET SHEET
CAUSE #. 13-00-00374 -CR
TRIAL CAUSE # 98-CR-0562G

AMADOR, CHARLES
TDCJ-ID# 1144105
McCONNELL UNIT
3001. S. EMILY DR
BEEVILLE, TX 78102
MAR-24-15

CRIMINAL APPEALS CLERK
MR ABEL ACOSTA,

SIR, I AM humbly REQUESTING MY DOCKET SHEET
RECORD.S PLEASE IN the following CASE AND CASE NO'S

AGGRAVATED SEXUAL ASSAULT of A CHILD. (CHARGE)
319th DISTRICT COURT, NUECE COUNTY, TX (CORPUS CHRISTI)
TRIAL CAUSE # 98-CR-0562G
APPEAL THIRTEENTH DISTRICT- CAUSE# 13-00-374 -CR
DATE of OFFENSE: 6-15-93    CONVICTION DATE: 1-31-00

I WOULD BE VERY GRATEFUL for YOUR ASSISTANCE IN
this VERY IMPORTANT LEGAL MATTER SINCE I AM IN
NEED of this INFORMATION TO PROVE MY CASE DATES
IN ORDER TO PURSUE PRO SE MOTION AND OTHER LEGAL
MATTER. THANK YOU VERY MUCH.

RESPECTFULLY SUBMITTED.

_____
AMADOR CHARLES
TDCJ-ID# 1144105

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk